DAWSON v. STATE. (Court of Criminal Appeals of Texas. June 18, 1913.) Appeal from Gonzales County Court; J. W. Holmes, Judge. Perry Dawson was convicted of an aggravated assault and battery, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of an aggravated assault and battery. There is no statement of facts in the case. In the absence of a statement of facts, appellant raises no question which we can consider. The judgment will be affirmed.

JOYCE v. STATE. (Court of Criminal Appeals of Texas. June 18, 1913.) Appeal from District Court, Bexar County; W. S. Anderson, Judge. W. T. Joyce, alias Hottie Joyce, was convicted of theft, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for the theft of divers and sundry pistols, amounting in value to $190 as charged. Three grounds of the motion for new trial complain that Westmoreland was not corroborated by legal and competent evidence tending to connect defendant with the commission of the offense, was not sufficiently corroborated as required by law, and because the court erred in defining the law of accomplices. The evidence is not before us, and there are no bills of exception in the record. The charge on accomplice testimony seems to be sufficient. The allegations criticising the charge are of the most general nature and point out no defect. However, the charge seems to be in conformity with the decisions. The judgment is affirmed.

MANGUM v. STATE. (Court of Criminal Appeals of Texas. June 27, 1913.) Appeal from District Court, Angelina County; L. D. Guinn, Judge. Howard Mangum was convicted of assault with intent to commit rape, and appeals. Affirmed. Wright, Jordan & Fortenberry of Lufkin, and A. M. Campbell, of Groveton, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of an assault with intent to rape a little girl between seven and eight years of age. His penalty is fixed at two years in the penitentiary. The sole question is raised only by the motion for new trial, which complains that the evidence is insufficient to sustain the verdict. It would serve no useful purpose in this or any other case to recite the evidence. We have carefully read and considered it, and have reached the conclusion that the evidence is sufficient to sustain the conviction. In addition to our careful study and consideration of this evidence, a jury of fair and impartial men, before a fair and impartial trial judge, heard all this evidence, and saw the witnesses, their manner of testifying, and their manner of examination. The jury found him guilty, and the judge sanctioned the verdict. Under the circumstances, we do not feel authorized to disturb the verdict. The judgment is therefore affirmed.

Ex parte MENDLOVITZ. (Court of Criminal Appeals of Texas. June 25, 1913.) Appeal from District Court, Fayette County; Frank S. Roberts, Judge. Philip Mendlovitz was arrested on a charge of rape. From an order refusing bail, he appeals. Reversed, and bail granted. Jno. T. Duncan and L. D. Brown, both of La Grange, and Lane, Wolters & Storey, of Houston, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Relator was arrested on a charge of rape, and tried in the district court before the district judge on a writ of habeas corpus. He was refused bail by the district judge. A review of the testimony leaves us under the impression and with the conviction that this is a bailable case, and that the court erred in remanding relator to custody. Therefore the judgment is reversed, and bail is granted in the sum of $3,000. Upon giving bond in the above sum in the terms of the law, the officer having relator in custody will release him. Reversed, and bail granted.